In the matter of ALEXANDER CONNISON.

Proceedings before a judge of the common pleas under the act to abolish imprisonment for debt and to punish fraudulent debtors, passed April 26, 1831, &c., and costs are taxed by a judge of the common pleas against the complainant; an appeal from such taxation to this court does not lie. This court have no jurisdiction of the matter; it is not before them.

*December Term*, 1845.

MOTION for retaxation of costs.

Connison was arrested on application of Charles Ross un-

der the act to abolish imprisonment for debt and to punish fraudulent debtors, passed April 26, 1831, &c., before M. Ulshoeffer, first judge of New-York common pleas; such proceedings were had, that Connison was discharged with costs against the complainant Ross. The costs were taxed by Hon. C. P. Daly, a judge of New-York common pleas, and opposed on the part of Connison, who appealed from the taxation to this court.

M. T. Reynolds, *counsel for Ross.*
J. T. Doyle, *attorney for Ross.*
J. S. Lawrence, *counsel for Connison.*
G. C. Goddard, *attorney for Connison.*

Jewett, Justice. This court has no jurisdiction; the proceedings are not before them.

Motion denied with costs.